UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by ___RB___ D.C.
ELECTRONIC
Aug. 29, 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Case No._____

## 11-MC-80974-Johnson

IN THE MATTER OF THE EXTRADITION
OF
CHRISTOPHE SYLLA
_____/

ORDER

BEFORE ME, the Honorable Linnea R. Johnson, United States Magistrate for the Southern District of Florida, personally appeared in the Southern District of Florida the complainant herein, Lothrop Morris an Assistant United States Attorney for the Southern District of Florida, on the 29 day of August, 2011, who being duly sworn, says that the foregoing information is true, as he verily believes.

IT IS HEREBY ORDERED that the warrant for the provisional arrest of Christophe Sylla (Sylla) may issue.

The Clerk of the Court is directed to forward a certified copy of this Order to the United States Secretary of State and to the Attorney General of the United States in Washington, D.C.

SO ORDERED.

Dated this 29 day of August, 2011.

HON. LINNEA R. JOHNSON
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF FLORIDA