UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-MC-80974-JOHNSON

IN THE MATTER OF THE EXTRADITION

OF

CHRISTOPHE SYLLA

_____/



FILED by _____ D.C.

DEC - 9 2011

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## AMENDED EXTRADITION CERTIFICATION AND ORDER OF COMMITMENT

These extradition proceedings were commenced by the United States pursuant to Title 18, United States Code, Section 3184 and at the request of the Government of Switzerland pursuant to the 1990 U.S.-Swiss Confederation Extradition Treaty (hereinafter the "Treaty").

Christophe SYLLA was provisionally arrested at the request of Switzerland on August 31, 2011. Pursuant to the Treaty, the United States presented a formal request for the defendant's extradition on October 3, 2011, supported by appropriate documents.

The defendant's extradition is sought by Switzerland for prosecution for incitement to embezzle funds, in violation of Articles 138 and 24 of the Swiss Criminal Code committed within the jurisdiction of Switzerland.

On November 14, 2011, this Court conducted an extradition hearing pursuant to 18 U.S.C. § 3184. Based on consideration of the documentary evidence introduced on behalf of Switzerland, oral arguments of counsel, written memoranda and the defendant's opposition to extradition, the Court finds that the terms of the Treaty and 18 U.S.C. § 3184 have been met.

Specifically, the Court finds the following:

1. That there is an extradition treaty in force between the United States and Switzerland, namely, the Treaty, and this Court has jurisdiction in this matter;

2. That there are criminal charges pending against Christophe SYLLA in Switzerland, charging him with incitement to embezzlement in violation of Articles 138 and 24 of the Swiss Criminal Code;

3. That the crime charged is an extraditable offense within the terms of Article 2 of the Treaty;

4. That Christophe SYLLA , the defendant who appeared before this Court, is the same person who is charged in Switzerland in an arrest warrant issued on August 8, 2011 by the Prosecutor in the Canton of Solothurn in accordance with Swiss law; and

5. That the evidence establishes probable cause to believe that Christophe SYLLA committed the charged offenses.

For the foregoing reasons, this matter is certified to the Secretary of State in order that a warrant may issue for the surrender of the defendant to the proper authorities of Switzerland in accordance with the Extradition Treaty between the United States of America and Switzerland.

It is hereby **ORDERED** that Christophe SYLLA is committed to the custody of the United States Marshal, or his authorized representative, to be confined in appropriate facilities and to remain until he is surrendered to Switzerland pursuant to applicable provisions of the Treaty and United States law.

It is further ORDERED that the United States Attorney for this judicial district shall forward a copy of this Certification and Order together with a copy of all transcripts of proceedings and copies of documents received into evidence in this matter, to the Kathleen Wilson/Michel Guilani, Office of Law Enforcement and Legal Intelligence, U.S. Department of State, 2201 C Street NW, Room 5419 Washington DC 20520.

Signed this ___9___ day of December, 2011.

HON. LINNEA R. JOHNSON
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF FLORIDA