AO 442 (Rev. 01/09) Arrest Warrant

FILED by RB D.C
ELECTRONIC
Aug. 29, 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

United States of America
v.
CHRISTOPHE SYLLA

Defendant

Case No.

**11-MC-80974-Johnson**

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
(name of person to be arrested)   Chistophe Sylla
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Provisional arrest pending extradition to Switzerland

FILED by _____ D.C.
JAN 09 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

Certified to be a true and correct copy of the document on file
Steven M. Larimore, Clerk,
U.S. District Court
Southern District of Florida
By _____
Date  8/29/11   Deputy Clerk

Date: 08/29/2011

_____
Issuing officer's signature

City and state:  West Palm Beach, FL

Linnea R. Johnson, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on (date) 8/29/11, and the person was arrested on (date) 8/30/11
at (city and state) Moore Haven, FL

Date: 8/31/11

_____
Arresting officer's signature

M Smiley   DUSM
*Printed name and title*

1 of 1